UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CL

| | |
|---|---|
| FASTENETIX, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>MEDTRONIC SOFAMOR DANEK, INC., an Indiana corporation, MEDTRONIC SOFAMOR DANEK USA, INC., a Tennessee corporation, And DOES 1 through 10,<br><br>    Defendants. | Case No. 06-2070 (SRC) (MAS) |

## STIPULATION AND ORDER OF DISMISSAL

This matter having been opened to the Court on the joint application of Sonnenschein, Nath & Rosenthal LLP (Michael G. Gugig and James A. Klenk appearing), counsel for Fastenetix, LLC, and Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein (Dennis F. Gleason appearing) and Dewey & LeBoeuf LLP (Dirk D. Thomas and Robert A. Auchter appearing), counsel for Medtronic Sofamor Danek, Inc. and Medtronic Sofamor Danek USA, Inc. (collectively "Medtronic"), and the parties having advised the Court that the dispute has been resolved; and the parties having stipulated to dismissal of the action with prejudice

pursuant to Fed. R. Civ. P. 41(a)(1)(ii) with each side to bear it own costs and attorneys' fees;

It is on this ___ day of September, 2008, ORDERED

1. All claims by all parties are dismissed with prejudice, without costs and with each party responsible for its attorneys' fees.

2. The Court retains jurisdiction to enforce settlement of this matter.

Dated: September ___, 2008

Hon. Stanley R. Chesler, U.S.D.J.

Respectfully submitted,

By: /s/ Dennis F. Gleason
Dennis F. Gleason
CARELLA, BYRNE, BAIN,
GILFILLAN, CECCHI,
STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Dirk D. Thomas
Robert A. Auchter
DEWEY & LEBOEUF LLP
1101 New York Avenue, N.W.
Washington, DC 20005
(202) 346-8000

Attorneys for MEDTRONIC SOFAMOR DANEK, INC. and MEDTRONIC SOFAMOR DANEK, USA INC.

By: _____
Michael S. Gugig
SONNENSCHEIN NATH &
ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700

James A. Klenk
SONNENSCHEIN NATH &
ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 876-8000

Attorneys for FASTENETIX, LLC

pursuant to Fed. R. Civ. P. 41(a)(1)(ii) with each side to bear it own costs and attorneys' fees;

It is on this 29th day of September, 2008, ORDERED

1. All claims by all parties are dismissed with prejudice, without costs and with each party responsible for its attorneys' fees.

2. The Court retains jurisdiction to enforce settlement of this matter.

By: _____
Dennis F. Gleason
CARELLA, BYRNE, BAIN,
GILFILLAN, CECCHI,
STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Dirk D. Thomas
Robert A. Auchter
DEWEY & LEBOEUF LLP
1101 New York Avenue, N.W.
Washington, DC 20005
(202) 346-8000

Attorneys for MEDTRONIC
SOFAMOR DANEK, INC. and
MEDTRONIC SOFAMOR
DANEK, USA INC.

By: _____
Michael S. Gugig
SONNENSCHEIN NATH &
ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700

James A. Klenk
SONNENSCHEIN NATH &
ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 876-8000

Attorneys for FASTENETIX, LLC

Dated: September 25, 2008

_____
Hon. Stanley R. Chesler, U.S.D.J

2